El Paso County - 210th District Court

Filed 5/18/2018 5:34 PM
NORMA FAVELA BARCELEAU
District Clerk
El Paso County
20170D04663

IN THE 210TH JUDICIAL DISTRICT COURT
OF EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS | ) | |
| | ) | |
| V. | ) | CAUSE NO. 20170D04663 |
| | ) | |
| MANUEL ALEJANDRO VALMANA | ) | |

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
5/21/2018 11:11:00 AM
DENISE PACHECO
Clerk

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Manuel Alejandro Valmana, Defendant/Appellant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from an Trial Judgment rendered against Manuel Alejandro Valmana.

Respectfully submitted,

_/s/ James D. Lucas_
James D. Lucas
2316 Monana Avenue
El Paso, TX 79903
Tel: (915) 532-8811
Fax: (915) 532-8807
State Bar No. 12658300
Attorney for Apellant

## CERTIFICATE OF SERVICE

This is to certify that on May 18, 2018, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, El Paso County, Texas County, 500 E. San Antonio, El Paso, Texas 79901, by electronic means to dacriminal@epcounty.com .

_/s/ James D. Lucas_
James D. Lucas